

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 27, 2021

Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:   United States v. Koeper
           21 Mag. 7346

Dear Judge McCarthy:

   The defendant in the above matter has been arrested. Accordingly, the United States respectfully moves to unseal the complaint in this matter.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney

                              /s
           By:   _____
                      James McMahon
                      Assistant United States Attorney
                      (914) 993-1936

SO ORDERED:

*/s/ Judith C. McCarthy*
HON. JUDITH C. McCARTHY   7-27-2021
United States Magistrate Judge