# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

January 10, 2022

**Via E-mail and ECF**

The Honorable Judith C. McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: **United States v. Constance Koeper (21 mj 07346)**

Dear Judge McCarthy:

> **SO ORDERED:**
> Defense counsel is directed to schedule a bail hearing before the Court as soon as Ms. Koeper meets the Southern District of New York's COVID-19 criteria for entering the building.
>
> *[signature]* 1-11-22
> JUDITH C. McCARTHY
> United States Magistrate Judge

I am writing to provide the court with an update regarding Constance Koeper and to ask that any in-person proceeding be delayed because Ms. Koeper has contracted COVID-19. As background, on December 21, 2021, Ms. Koeper was admitted at St. Vincent's for an inpatient psychiatric hospitalization. Prior to the admission, Ms. Koeper was instructed to return to Court *upon* her discharge from St. Vincent's. Ms. Koeper was discharged today (with a supply of medication), but she cannot come to the courthouse because last week Ms. Koeper was diagnosed with COVID-19 and the medical professionals at St. Vincent's instructed her to quarantine at home until Wednesday, January 12, 2022. Under these circumstances, I ask that Your Honor postpone any in person proceeding.

In terms of Ms. Koeper's continued treatment, I am informed that Ms. Koeper has a virtual appointment on Wednesday, January 12, 2022 and an in-person appointment on Wednesday, January 19, 2022. PreTrial is aware of these appointments.

I have spoken with AUSA James McMahon and with Supervisory Pretrial Officer Cynthia Labrovic Diaco. Both agree that, in light of Ms. Koeper's diagnosis, an in-person proceeding is inappropriate at this time. Pretrial has committed to confirming Ms. Koeper's attendance at her upcoming outpatient appointments that were arranged by St. Vincnet's.

Respectfully submitted,

Benjamin Gold
Assistant Federal Defender

cc: AUSA James McMahon
Supervisory Pretrial Officer Cynthia Labrovic Diaco