# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. 21 Mag. 7346

USAO No. 2021R00429

Date December 1, 2023

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint      ☐ Removal Proceedings in

*United States v.* Constance Koeper

The Complaint/Rule 40 Affidavit was filed on July 26, 2021

*U.S. Marshals please withdraw warrant*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

James McMahon
(print name if signature handwritten)

**SO ORDERED:**

DATE: 12/6/23

UNITED STATES MAGISTRATE JUDGE